**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00145-CV**
_____

**HUIQIN JIAO, Appellant**

**V.**

**YUNPENG ZHANG, Appellee**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 22-11-15646-CV**
_____

**MEMORANDUM OPINION**

Huiqin Jiao, Appellant, filed a notice of appeal in this divorce proceeding. We notified Appellant by letter dated May 20, 2024, that the Appellant had not paid the filing fee, as directed in our letter and Bill of Costs previously forwarded to the Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We also warned the Appellant that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Tuesday, June 4,

1

2024. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

Because Appellant has not paid the filing fee, we dismiss the appeal. Tex. R. App. P. 5, 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 19, 2024
Opinion Delivered June 20, 2024

Before Golemon, C.J., Horton and Johnson, JJ.